## Sarafino Eacurco, Plaintiff-Appellant, v. Alex Haddad, Defendant-Appellee.

Gen. No. 10,769.

Opinion by Justice Dove. Not to be published in full. Opinion filed November 19, 1954; released for publication December 6, 1954.